UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| *In re* BLACK DIAMOND MINING COMPANY, LLC, et al.<br><br>⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯<br><br>TAFT A. MCKINSTRY, *Trustee of the BD Unsecured Creditors Trust*,<br><br>　　　Plaintiff,<br><br>v.<br><br>IRA J. GENSER, et al.,<br><br>　　　Defendants. | Civil No. 13-125-ART<br><br>**ORDER** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The order referring the adversary proceeding to the bankruptcy court, R. 218, does not affect any other deadlines that this Court imposed. The parties shall comply with all existing deadlines for matters before this Court.

This the 18th day of June, 2014.



Signed By:

*Amul R. Thapar*

United States District Judge